SONIA R. MARTIN (SBN 191148)
sonia.martin@dentons.com
JEFFRY BUTLER (SBN 180936)
jeffry.butler@dentons.com
SAMUEL D. JUBELIRER (SBN 287649)
samuel.jubelirer@dentons.com
DENTONS US LLP
1999 HARRISON STREET
SUITE 1300
OAKLAND, CA 94612-4709
Telephone:    415 882 5000
Facsimile:    415 882 0300

Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NALINI KUMAR, an individual, and ALLEN SINGH, an individual,<br><br>             Plaintiffs,<br><br>      v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>             Defendant. | Case No. 3:22-cv-03852-TLT (LJC)<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO SUBMIT REVISED PRIVILEGE LOG**<br><br>Judge:    Trina L. Thompson<br>Trial Date: March 4, 2024<br>Date Action Filed: June 29, 2022 |

Plaintiffs Nalini Kumar and Allen Singh ("Plaintiffs"), and Defendant Nationwide Mutual Insurance Company, by and through their attorneys of record, hereby stipulate and agree as follows:

1. On May 31, 2023, Nationwide moved under Northern District Local Rule 6-3 for an order to extend the time for it to revise its privilege log as ordered by the Court on May 23, 2023 (Dkt. 46). The basis for that motion was the sudden and unexpected illness that required the hospitalization of the wife of Nationwide's counsel, Sam Jubelirer. The Court has not yet issued an order with respect to that motion.

2. Unfortunately, Mrs. Jubelirer's condition deteriorated and on June 4, 2023, she passed away. Mr. Jubelirer, who has two young children (aged 2 and 6), will require time to adjust to his tragically changed circumstances.

3. The parties have met and conferred and believe that due to this sad development, good cause exists to extend by 60 days, to August 7, 2023, the deadline for Nationwide to revise its privilege log.

**IT IS SO STIPULATED.**

Dated: June 5, 2023

DENTONS US LLP

By: /s/ *Jeffry Butler*
Sonia R. Martin
Jeffry Butler
Samuel D. Jubelirer
Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

Dated: June 5, 2023

KERLEY SCHAFFER LLP

By: /s/ *Dylan Schaffer*
Dylan Schaffer
Attorneys for Plaintiffs
NALINI KUMAR
ALLEN SINGH

Case No. 3:22-cv-03852-TLT (LJC)

- 1 -

STIPULATION AND ORDER TO EXTEND DEADLINE TO REVISE PRIVILEGE LOG

**ORDER**

Pursuant to the above stipulation, the Court hereby extends to August 7, 2023 the deadline for Nationwide to revise its privilege log as previously ordered.

**IT IS SO ORDERED.**

Date: June 5, 2023

_____
Hon. Lisa J. Cisneros
United States Magistrate Judge